THE STATE OF KANSAS V. S. B. S. WILSON.

No. 14,293.    (80 Pac. 565.)

Appeal from Johnson district court; WINFIELD H. SHELDON, judge.    Opinion filed April 8, 1905.    Affirmed.

*C. C. Coleman,* attorney-general, *C. C. Hoge,* county attorney, and *J. P. Hindman,* for The State.
*H. L. Burgess,* and *C. L. Randall,* for appellant.

*Per Curiam:*  This is a proceeding to reverse a judgment upon a verdict finding the appellant guilty of maintaining a nuisance under the prohibitory liquor law.  An examination of the record discloses no error at the trial.
The judgment is affirmed.

---

THE STATE OF KANSAS V. M. R. BROWN.

No. 14,300.    (80 Pac. 1134.)

Appeal from Johnson district court; WINFIELD H. SHELDON, judge.    Opinion filed April 8, 1905.    Affirmed.

*C. C. Coleman,* attorney-general, *C. C. Hoge,* county attorney, and *J. P. Hindman,* for The State.
*C. L. Randall,* and *A. L. Devenney,* for appellant.

*Per Curiam:*  M. R. Brown appeals from a conviction under the prohibitory liquor law.  The errors assigned are all based upon the contention that the evidence did not justify the verdict. The evidence has been examined, and the contention is found not to be sound.
The judgment is affirmed.